IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADELINE S. CASEY,<br><br>Defendant, | Case Number 5:21-po-00511-MLC |

## MOTION TO AMEND VIOLATION NOTICE AND FORFEITURE AMOUNT

The United States moves the Court to amend the charge on violation notice E1059115 from 36 CFR 1.5(f) – Violating closure order to 36 CFR 7.13(j) – Foot travel in a thermal area.

DATED this 29th July 2021.

                                        Respectfully submitted,

                                        L. ROBERT MURRAY
                                        Acting United States Attorney

By:   */s/ Stephanie Hambrick*
        STEPHANIE A. HAMBRICK
        Assistant United States Attorney

## ORDER GRANTING MOTION TO AMEND VIOLATION NOTICE

After due consideration, the Court hereby grants the United States Motion to Amend Violation Notice.

By: _____
      MARK L. CARMAN            DATE
      UNITED STATES MAGISTRATE JUDGE