# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**
9:48 am, 7/30/21
U.S. Magistrate Judge

UNITED STATES OF AMERICA

Plaintiff,

vs.

Madeline Casey

Defendant.

Case Number: 5:21-po-511-MLC

## WAIVER OF DEFENDANT'S RIGHTS TO BE REPRESENTED BY COUNSEL EITHER RETAINED OR APPOINTED

I, __Madeline Casey__, defendant in the above designated action, having appeared before the Honorable Mark L. Carman, United States Magistrate Judge for the District of Wyoming, who has fully informed me of: (1) the charges(s) set forth in the complaint or violation notice; (2) the range of penalties, including the maximum sentence of confinement and fine, that may be imposed upon conviction; (3) my right to be represented by counsel and that if I am financially unable to employ counsel, I may request the Court to appoint counsel to represent me; and (4) that the Court will not appoint counsel if a sentence of confinement will not be imposed; do hereby, with the full understanding of the charge(s) and with full realization that in defending this charge(s) the experience and professional training of an attorney would be helpful, specifically waive the right to be represented by counsel in this case, either retained or appointed, and I do hereby state that the above-named Magistrate Judge has made personal inquiry of me to ascertain my thorough knowledge and understanding of all that I have herein stated.

Dated this __30__ day of __July__, 20__21__.

/s/Madeline Casey
Signature of Defendant

Please save and *email a completed copy* of this form to: ynp_dc@wyd.uscourts.gov

WY 70-M