IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MADELINE S. CASEY,<br><br>Defendant, | Case Number 5:21-po-00511-MLC |



FILED
U.S. Magistrate Judge
4:28 pm, 8/2/21

**MOTION TO AMEND VIOLATION NOTICE AND FORFEITURE AMOUNT**

The United States moves the Court to amend the charge on violation notice E1059115 from 36 CFR 1.5(f) – Violating closure order to 36 CFR 7.13(j) – Foot travel in a thermal area.

DATED this 29th July 2021.

Respectfully submitted,

L. ROBERT MURRAY
Acting United States Attorney

By:   /s/ Stephanie Hambrick
STEPHANIE A. HAMBRICK
Assistant United States Attorney

**ORDER GRANTING MOTION TO AMEND VIOLATION NOTICE**

After due consideration, the Court hereby grants the United States Motion to Amend Violation Notice.

By: _____  8-2-21
MARK L. CARMAN                          DATE
UNITED STATES MAGISTRATE JUDGE