# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**
10:20 am, 8/3/21
**U.S. Magistrate Judge**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs<br>MADELINE S CASEY<br>Defendant | Case Number  5:21-PO-511-MLC |
| Violation Charged: Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails, as amended (1)<br>Disorderly conduct (2) | Citation Number  E1059115 (1)<br>E1059753 (2) |
| Date Violation Notice Issued  July 22, 2021 | Place  Yellowstone National Park |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:02 a.m. - 9:23 a.m.   Interpreter

Date August 3, 2021   Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jennifer Cotter | | ZOOM |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear   Warrant issued on
☑ Appeared  ☑ By telephone
☑ Voluntarily  ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
   ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED
☐ Attorney waived

☑ Court orders case continued to   Aug 18, 2021   at   2:15 p.m.
   reason:   Status Conference

☐ Bail is set at
   ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety
☐ Conditions of release

WY 59   Rev. 07/29/2021

Petty Offenses/Misdemeanors Minute Sheet
5:21-PO-511-MLC

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made   ☐ orally   ☐ in writing

☑ Informed of charges and rights        Date  August 3, 2021
☑ Defendant arraigned                   Date  August 3, 2021
☑ Court accepts plea        Defendant enters ☐ Guilty        ☑ Not Guilty Plea
☐ Trial        Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence        Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine                        Payable
☐ Restitution                 To
☐ Community Service           To
☐ Special Assessment
☐ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other  Defendant plans to hire an attorney