# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
3:09 pm, 8/18/21
U.S. Magistrate Judge

| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number  5:21-PO-00511-MLC-1 |
| MADELINE S CASEY | |
| Defendant | |
| Violation Charged: (1) Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails, as amended  (2) Disorderly conduct | Citation Number  (1) E1059115  (2) E1059753 |

Date Violation Notice Issued  07/22/2021        Place    Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 2:18-2:41                                Interpreter

Date August 18, 2021                          Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jessica Jarvis | | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on
☑ Appeared   ☑ By telephone
             ☑ Voluntarily   ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
            ☐ FPD      ☐ PANEL-CJA      ☐ RETAINED
☑ Attorney waived

☐ Court orders case continued to _____ at _____
    reason:

☐ Bail is set at
            ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

WY 59                                                             Rev. 07/29/2021

Petty Offenses/Misdemeanors Minute Sheet
5:21-PO-00511-MLC-1

☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
This consent was made    ☐ orally    ☐ in writing

☐ Informed of charges and rights        Date
☐ Defendant arraigned                   Date
☑ Court accepts plea    Defendant enters ☑ Guilty    ☐ Not Guilty Plea
☐ Trial    Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty            E1059115
    ☑ Dismissed         E1059753 with prejudice
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence    Date  August 18, 2021
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   7 days to serve by 01/31/2022
☑ Probation for a period of    two years
    ☐ With Supervision    ☑ Without Supervision
☑ Special Conditions of Probation

Obey all laws, pay community service payment due in full by 01/31/2022, pay fine in full by 12/31/2022, serve 7 day jail sentence by 01/31/2022, ban from Yellowstone National Park during period of probation

☑ Fine              1000.00         Payable  to CVB by 12/31/2022
☐ Restitution                       To
☑ Community Service  1000.00        To    Yellowstone Forever Geological Fund 01/31/2022
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other  written judgment to follow