Ryan L. Wright
The Wright Law Firm
519 East 18th Street
Cheyenne, WY 82001
Telephone: (307) 634-6111
E-Mail: ryan@wrightslawfirm.com
Wyoming Bar No.: 7-4638

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:21-PO-00511-MLC-1 |
| | ) |
| MADELINE S. CASEY | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**COMES NOW**, Ryan L. Wright of The Wright Law Firm, who is a member in good standing of the Wyoming State Bar and of this Court, and hereby enters his appearance for the Defendant, Madeline S. Casey, in the above-referenced case.

**DATED**: August 25, 2021.

/s/ Ryan L. Wright
Ryan L. Wright, WSB #7-4638
The Wright Law Firm
519 East 18th Street
Cheyenne, WY 82001
307-634-6111
E-mail: ryan@wrightslawfirm.com
*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2021, I electronically field the foregoing ***Entry of Appearance*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Stephanie Hambrick
Assistant United States Attorney
United States Attorney's Office
E-mail:  stephanie.hambrick@usdoj.gov

*/s/ Ryan L. Wright*
Ryan L. Wright
