

FILED
3:23 pm, 8/27/21
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| vs | Case Number(s): 5:21-PO-00511-MLC-1 |
| Madeline S Casey | Defendant's Attorney(s) Waived |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation E1059115.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 CFR 7.13(j) | Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails- Thermal Trespass | 07/22/2021 | E1059115 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation E1059753 is dismissed with prejudice on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

08/18/2021
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

8-27-21
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 7 days, to serve by 01/31/2022.

The defendant shall surrender to the United States Marshal for this district as notified by the Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____ , with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of two years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

While on probation, the defendant shall not illegally possess a controlled substance. Revocation of probation is mandatory for possession of a controlled substance.

The defendant shall make special assessment, processing fee, community service and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of two years.

The defendant shall contact the United States Marshals Service within 30 days of sentencing to choose a surrender date. Mammoth Office: 406-223-2004.  Cheyenne Office: 307-829-3710. The defendant shall serve 7 days jail by 01/31/2022.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| E1059115 NOTES: | $10.00 | $30.00 | | $1,000.00 | $1,000.00 | $2,040.00 |
| **Totals:** | $10.00 | $30.00 | | $1,000.00 | $1,000.00 | $2,040.00 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision.  The fine, which is due immediately, is inclusive of all penalties and interest, if applicable.  Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## RESTITUTION/COMMUNITY SERVICE PAYMENT

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution | Priority Order of Payment |
|---|---|---|
|  |  |  |
| Yellowstone Park Foundation<br>Geological Protection Fund<br>Mailed to U.S. Attorney's Office<br>Attn: Financial Litigation Unit<br>P.O. Box 668<br>Cheyenne, WY 82003 | $1,000.00 |  |

Each restitution and community service payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately.

---

### MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$1,000.00  community service payment due in full not later than 01/31/2022, payable to Yellowstone Park Foundation Geological Protection Fund, Mailed to U.S. Attorney's Office, Attn: Financial Litigation Unit, P.O. Box 668, Cheyenne, WY 82003, , and shall reference the defendant's violation number E1059115, 5:21-PO-00511-MLC-1.

$1,040.00  due in full not later than 12/31/2022, payable to the Central Violations Bureau, P.O. Box 780549, San Antonio,  TX 78278.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number E1059115, 5:21-PO-00511-MLC-1.