Ryan L. Wright
The Wright Law Firm
519 East 18th Street
Cheyenne, WY 82001
Telephone: (307) 634-6111
E-Mail: ryan@wrightslawfirm.com
Wyoming Bar No.: 7-4638

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Notice of Appeal |
| ) | |
| v. ) | Case No. 5:21-PO-00511-MLC-1 |
| ) | |
| MADELINE S. CASEY ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

**COMES NOW**, Ryan L. Wright of The Wright Law Firm, who is a member in good standing of the Wyoming State Bar and of this Court, and hereby gives notice that Madeline S. Casey, Defendant in the above-named case, hereby appeals to the United States District Court of Wyoming from the judgment and sentence on Citation Number E1059115 entered in this action on the 18th day of August 2021.

**DATED**: August 31, 2021.

*/s/ Ryan L. Wright*
Ryan L. Wright, WSB #7-4638
The Wright Law Firm
519 East 18th Street
Cheyenne, WY 82001
307-634-6111
E-mail: ryan@wrightslawfirm.com
*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2021, I electronically field the foregoing ***Notice of Appeal*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Stephanie Hambrick
Assistant United States Attorney
United States Attorney's Office
E-mail: stephanie.hambrick@usdoj.gov

                                              */s/ Ryan L. Wright*
                                              Ryan L. Wright