Ryan L. Wright
The Wright Law Firm
519 East 18th Street
Cheyenne, WY 82001
Telephone: (307) 634-6111
E-Mail: ryan@wrightslawfirm.com
Wyoming Bar No.: 7-4638

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-PO-511-F-1 |
| ) | |
| MADELINE S. CASEY ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO DISMISS THE APPEAL

**COMES NOW**, Defendant, Madeline S. Casey, by and through her attorneys, Ryan L. Wright of The Wright Law Firm, Jeremiah N.R. Sandburg *Of Counsel* of The Wright Law Firm, and Plaintiff, United States of America, by and through Stephanie A. Hambrick, Assistant United States Attorney, hereby file their *Joint Motion To Dismiss* all appeals in the above captioned case. Additionally, the parties agree to forfeit their right to any appeals in this matter.

**WHEREFORE**, Defendant respectfully requests the Court grant the Defendant's and Plaintiff's *Joint Motion to Dismiss the Appeal in* this matter.

DATED: November 8, 2021

By: /s/
Ryan L. Wright, #7-4638
The Wright Law Firm
519 East 18th Street
Cheyenne, Wyoming 82001
307-634-6111
E-mail: ryan@wrightslawfirm.com
*Attorney for Defendant*

By: /s/
Jeremiah N.R. Sandburg, #6-4340
The Wright Law Firm
519 East 18th Street
Cheyenne, Wyoming 82001
307-634-6111
E-mail: Jeremiah@wrightslawfirm.com
*Of Counsel for Defendant*

L. Robert Murry
Acting United States Attorney

By: /s/
Stephanie Hambrick, #6-2785
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-PO-511-F-1 |
| MADELINE S. CASEY | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO DISMISS THE APPEAL

**THIS MATTER** having come before the Court upon the Defendant's and Plaintiff's ***Joint Motion to Dismiss the Appeal,*** and the Court being fully advised in the premises;

**THE COURT FINDS** that the Joint Motion to Dismiss the Appeal is hereby GRANTED, and that neither party will seek an appeal in this matter.

**THE COURT HEREBY ORDERS** that all appeals in the above captioned case are dismissed.

**DATED** this _____ day of _____, 2021.

_____
United States District Judge

Copies to:

Stephanie Hambrick, *Counsel for Plaintiff*
Ryan L. Wright, *Counsel for Defendant*
Jeremiah N.R. Sandburg *of Counsel for Defendant*